IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR242 |
| | ) | |
| ALBERT P. COSIMO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the following is set for hearing on September 2, 2005 at 9:30 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress Physical Evidence [23] filed by defendant Albert P. Cosimo

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 2nd day of August, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge