IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALBERT P. COSIMO, )<br>)<br>Defendant. ) | 8:05CR242 |

    IT IS ORDERED that the following is set for hearing on September 2, 2005 at 9:30 a.m. before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress Physical Evidence [23] filed by defendant Albert P. Cosimo

    Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

    DATED this 2nd day of August, 2005.

                                   BY THE COURT:

                                   s/ F.A. Gossett
                                   United States Magistrate Judge